AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| E. E. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DAVID M. RADEL, DIRECTOR, USCIS LOS ANGELES ASYLUM OFFICE, | ) 2:23-cv-4368 |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UR M. JADDOU, DIRECTOR, USCIS

5900 Capital Gateway Drive Camp Springs, MD 20588

DAVID M. RADEL, DIRECTOR, USCIS LOS ANGELES ASYLUM OFFICE

14101 Myford Rd, Tustin, CA 92780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ERDOGAN TUNC, ESQ. CA SBN 338659
Attorney for Plaintiff

227 Lucas Ave, Apt. 3, Los Angeles, CA, 90026

(408) 831-2506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____               _____
*Signature of Clerk or Deputy Clerk*