| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>ERDOGAN TUNC, ESQ.<br>CA SBN. 338659<br>227 LUCAS AVE, APT. 3, LOS ANGELES, CA 90026<br>(408) 831-2506 | CLEAR FORM |
| ATTORNEY(S) FOR: Plaintiff E. E. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. E.<br><br>Plaintiff(s),<br>v.<br>UR M. JADDOU, DIRECTOR, US CITIZENSHIP AND IMMIGRAN SERVICES; DAVID M. RADEL, DIRECTOR, USCIS LOS ANGELES ASYLUM OFFICE<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-4368<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     PLAINTIFF E. E.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| UR M. JADDOU, DIRECTOR, US CITIZENSHIP AND IMMIGRATION SERVICES; | DEFENDANT |
| DAVID M. RADEL, DIRECTOR, USCIS LOS ANGELES ASYLUM OFFICE; | DEFENDANT |
| ALEJANDRO MAYORKAS, DIRECTOR, US SECRETARY OF HOMELAND SECURITY; | DIRECTOR OF DEFENDANTS |
| MERRICK B. GARLAND, US ATTORNEY GENERAL; | DEFENDANT'S ATTORNEY |
| MARTIN ESTRADA, US ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA | DEFENDANT'S ATTORNEY |

| | |
|---|---|
| 06/04/2023<br>Date | *[signature]*<br>Signature |

Attorney of record for (or name of party appearing in pro per):
ERDOGAN TUNC, ESQ
for Plaintiff E. E.